FILED IN OPEN COURT
ON 10-18-18 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

TMS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00176-1BO(1)
NO. 7:18-CR-00176-2BO(1)
NO. 7:18-CR-00176-3BO(1)
NO. 7:18-CR-00176-4BO(1)
NO. 7:18-CR-00176-5BO(1)
NO. 7:18-CR-00176-6BO(1)

UNITED STATES OF AMERICA )
)
v. )
)
JOSHUA SKUTT )
TRACY CAGLE ) INDICTMENT
JOSHUA REGISTER )
KERRI TORRES )
RAYMOND HAWES )
KELLY PORCELLI )

The Grand Jury charges that:

COUNT ONE

Beginning in or about January 2018, the exact date being unknown to the Grand Jury, and continuing up to and including on or about March 20, 2018, in the Eastern District of North Carolina, and elsewhere, JOSHUA SKUTT, TRACY CAGLE, JOSHUA REGISTER, KERRI TORRES, RAYMOND HAWES AND KELLY PORCELLI, the defendants herein, did knowingly and intentionally, combine, conspire, confederate, agree and have a tacit understanding with each other and with others persons, known and unknown, to knowingly and intentionally manufacture, distribute, dispense and possess with the intent to

distribute a mixture and substance containing a detectable amount of methamphetamine.

Quantity of Controlled Substance Involved in the Conspiracy

With respect to JOSHUA SKUTT, TRACY CAGLE, JOSHUA REGISTER, KERRI TORRES, RAYMOND HAWES AND KELLY PORCELLI, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him or her, is a quantity of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

On or about February 21, 2018, in the Eastern District of North Carolina, JOSHUA REGISTER, the defendant herein, did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE

On or about March 2, 2018, in the Eastern District of North Carolina, JOSHUA REGISTER and KERRI TORRES, the defendants herein,

did, aiding and abetting each other, did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT FOUR

On or about March 2, 2018, in the Eastern District of North Carolina, TRACY CAGLE and JOSHUA SKUTT, the defendants herein, aiding and abetting each other, did knowingly and intentionally possess a listed chemical, to wit: pseudoephedrine, with the intent to manufacture a controlled substance, that being methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(1) and Title 18, United States Code, Section 2.

COUNT FIVE

On or about March 3, 2018, in the Eastern District of North Carolina, RAYMOND HAWES, TRACY CAGLE and JOSHUA SKUTT, the defendants herein, aiding and abetting each other, did knowingly and intentionally possess a listed chemical, to wit: pseudoephedrine, with the intent to manufacture a controlled substance, that being methamphetamine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(c)(1) and Title 18, United States Code, Section 2.

COUNT SIX

On or about March 8, 2018, in the Eastern District of North Carolina, KERRI TORRES and JOSHUA REGISTER, the defendants herein, aiding and abetting each other, did knowingly and intentionally possess a listed chemical, to wit: pseudoephedrine, with the intent to manufacture a controlled substance, that being methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(1) and Title 18, United States Code, Section 2.

COUNT SEVEN

On or about March 20, 2018, in the Eastern District of North Carolina, RAYMOND HAWES and KELLY PORCELLI, the defendants herein, aiding and abetting each other, did knowingly and intentionally possess a listed chemical, to wit: pseudoephedrine, with the intent to manufacture a controlled substance, that being methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(1) and Title 18, United States Code, Section 2.

COUNT EIGHT

On or about March 20, 2018, in the Eastern District of North Carolina, JOSHUA SKUTT, TRACY CAGLE, JOSHUA REGISTER, KERRI TORRES, RAYMOND HAWES and KELLY PORCELLI, the defendants herein, aiding and abetting each other, did knowingly and intentionally possess equipment, chemicals, products and material with the intent to manufacture a controlled substance or listed chemical, to wit: methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 843(a)(6) and Title 18, United States Code, Section 2.

COUNT NINE

On or about March 20, 2018, in the Eastern District of North Carolina, JOSHUA SKUTT, TRACY CAGLE, JOSHUA REGISTER, KERRI TORRES, RAYMOND ~~TORRES~~ HAWES and KELLY PORCELLI, the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## ALLEGATIONS OF PRIOR CONVICTIONS

For purposes of Title 21, United States Code, Sections 841(b) and 851, the defendant, JOSHUA SKUTT, committed the violations alleged in Counts One, Four, Five, Eight and Nine of the Indictment after at least one (1) prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

## FORFEITURE NOTICE

The defendants are given notice that pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d), the latter as made applicable by Title 28, United States Code, Section 2461(c), all of the defendants' interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense(s) set forth in Count(s) One through Nine, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense(s).

If any of the above-described forfeitable property, as a result of any act or omission the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 10/17/18

ROBERT J. HIGDON, Jr.
United States Attorney

TSEVERO

BY: TIMOTHY M. SEVERO
Assistant United States Attorney